7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Terre' Lynne King
*Debtor*

*Bankruptcy Case No.*
15–42513–abf7

**State of Kansas Department of Labor**
   Plaintiff(s)

*Adversary Case No.*
15–04157–abf

v.

**Terre' Lynne King**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That judgment is hereby entered in favor of the Plaintiff, State of Kansas Department of Labor finding that the indebtedness owed by Defendant, Terre Lynne King to KDoL is exempted from discharge. Judgment is further entered in favor of KDoL and against the defendant, Terre Lynne King for the costs of this matter in the form of filing fees in the amount of $350.00.

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 1/13/16

Court to serve